In the Matter of the Application of AGNES VARGA, Appellant, to Remove an Action Pending in the Municipal Court of the City of New York, Borough of Manhattan, First District, in Which TEREZ ORBAN and VINCE ORBAN Are the Plaintiffs, and AGNES VARGA is the Impleaded Defendant, to the Supreme Court in and for the County of New York. TEREZ ORBAN and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of ABRAHAM Z. COHEN, Respondent, for a Mandamus Order against the INDUSTRIAL FINANCE CORPORATION, Appellant. In the Matter of the Application of ABRAHAM Z. COHEN, Respondent, for a Mandamus Order against INDUSTRIAL ACCEPTANCE CORPORATION, Appellant.— Orders so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MORRIS WEDOVSKY, Respondent, v. RADER BUILDING MATERIAL Co., INC., Appellant.— Judgment affirmed, with costs, upon the ground that there was sufficient evidence to establish the legal liability of the defendant to the plaintiff herein. We are of opinion that the eight-foot law has no application. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE CITY OF LEAVENWORTH, KANSAS, Appellant, v. NEW YORK TRUST COMPANY, Individually and as Trustee, Respondent.— Judgment and order affirmed, with costs, without prejudice to an action in equity for an accounting. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RICHARD BOYLHART, by GERTRUDE BOYLHART, His Guardian ad Litem, and GERTRUDE BOYLHART, Individually, Respondents, Appellants, v. DI MARCO & REIMANN, INC., Respondent, TERRY & TENCH COMPANY, INC., and Another, Defendants, THE ROSAIRE CONTRACTING COMPANY, Appellant.— Judgment and order affirmed, with costs to the plaintiffs against the defendant, appellant, The Rosaire Contracting Company, and with costs to defendant Di Marco & Reimann, Inc., against the plaintiffs. (See Uppington v. City of New York, 165 N. Y. 222; Glenn v. Oakdale Contracting Co., Inc., 257 id. 497; Schmidt v. City of New York, 179 App. Div. 667; affd., 228 N. Y. 572; Hyman v. Barrett, 224 id. 436; Hayling v. City of New York, 233 App. Div. 595; Hunt v. Mayor, etc., 109 N. Y. 134.) Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse on plaintiffs' appeal and reinstate verdict against defendant Di Marco & Reimann, Inc. (See Deming v. Terminal Railway of Buffalo, 169 N. Y. 1; Storrs v. City of Utica, 17 id. 104; Downey v. Low, 22 App. Div. 460.)

In the Matter of BENJAMIN BERGER, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of ROBERT D. FLEMING, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of MORRIS RADETSKY, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.